UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHO UNG MIN,<br><br>    Plaintiff,<br><br>    v.<br><br>SELENE FINANCE, LP,<br><br>    Defendant. | Case No. 23-cv-06335-WHO<br><br>**ORDER DISMISSING CASE AND TERMINATING PRELIMINARY INJUNCTION**<br><br>Re: Dkt. No. 65 |

Plaintiff Cho Ung Min ("Min") and defendant Selene Finance, LP ("Selene") have filed a stipulation dismissing Selene without prejudice, pursuant to Federal Rules of Civil Procedure 41(1)(A)(ii). *See* Dkt. No. 65 (the "Stipulation"). Selene was the only remaining defendant in this case after Rushmore Loan Management, LLC, was dismissed from this case with prejudice, on February 12, 2025. *See* Dkt. No. 60.

The Stipulation is approved, and this case is DISMISSED. Accordingly, the preliminary injunction that I issued on April 8, 2024, is TERMINATED and no longer in force.

**IT IS SO ORDERED.**

Dated: March 3, 2025

William H. Orrick
United States District Judge